**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROBERT V. WEAVER**,

      **Plaintiff**,

**v.**                                              **Case No.: 8:15-cv-01247-SDM-TGW**

**WELLS FARGO BANK, N.A.**,

      **Defendant.**
_____/

**SECOND MEDIATION REPORT**

    After the Mediation Report (Doc. 33) was filed, the parties renewed their settlement discussions.

    The case has been completely settled.

    Done November 3, 2015 in Tampa, Florida.

                                   Respectfully submitted,

                                   /s/ Peter J. Grilli
                                   Peter J. Grilli, Esq.
                                   Florida Bar No. 237851
                                   Mediator
                                   3001 West Azeele Street
                                   Tampa, Florida 33609
                                   813.874.1002   Fax: 813.874.1131
                                   email: meditr@aol.com

    I HEREBY CERTIFY that November 3, 2015 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                   /s/ Peter J. Grilli
                                   Peter J. Grilli, Esq.